STATE OF MAINE
SAGADAHOC, SS.

SUPERIOR COURT
Civil Action
Docket No. CV-2017-16

MARYANN MYRICK,                    )
as Personal Representative of the  )
Estate of MICHAEL L. MYRICK,       )
                      Plaintiff,   )
                                   )
                                   )
                                   )
            v.                     )
                                   )
                                   )
                                   )
NICOLE NALCHAJIAN, M.D.,           )
et al,                             )
                                   )
                      Defendants.  )

**ORDER ON DEFENDANTS'
MOTION FOR PARTIAL
SUMMARY JUDGMENT**

     Pending before the court is the Defendants' Motion for Partial Summary Judgment. For the reasons stated below, the motion is GRANTED.

     As a matter of law, the facts alleged by the Plaintiff in the summary judgment record are insufficient as a matter of law to allow a reasonable jury to conclude that Dr. Nalchajian acted with ill will towards Michael Myrick or acted in a way that was so outrageous that malice can be implied. The facts alleged fall well short of the outrageous acts of the defendant in *Morin v. Eastern Maine Med. Ctr.*, 779 F. Supp. 2d 166 (D. Me. 2011). Though this court believes the Law Court would likely hold that punitive damages may be available in a medical malpractice action, the Law Court would not do so based on the facts of this case.

     Similarly, this court is satisfied that the Law Court would adopt *Restatement (Second) of Torts §925* that requires that a decedent's gross earnings be reduced to reflect a decedent's own living expenses. In this case, during the discovery period, the Plaintiff produced no evidence that would allow the jury to make such a calculation. Without such evidence, the Defendants are entitled to judgment as a matter of law on that portion of the Plaintiff's claim.

     The Plaintiff has withdrawn the fraud claim. It is ORDERED that, by agreement of the parties, Count III will not be presented to the jury.

     The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: April 24, 2020

_____
JUSTICE, MAINE SUPERIOR COURT

PORTLAND ME 04104-5029
Attorney for: MID COAST HOSPITAL
JAMES MARTEMUCCI  - RETAINED
GERMANI MARTEMUCCI & HILL
43 DEERING STREET
PORTLAND ME 04101

Attorney for: MID COAST HOSPITAL
ROBERT HAYES  - RETAINED
GERMANI MARTEMUCCI & HILL
43 DEERING STREET
PORTLAND ME 04101

BLUE WATER EMERGENCY PARTNERS LLC - RESPONDENT

Attorney for: BLUE WATER EMERGENCY PARTNERS LLC
CHRISTOPHER TAINTOR  - RETAINED
NORMAN HANSON & DETROY LLC
PO BOX 4600
TWO CANAL PLAZA
PORTLAND ME 04112-4600


Filing Document: COMPLAINT                    Minor Case Type: MEDICAL MALPRACTICE
Filing Date: 04/24/2017

## Docket Events:

04/24/2017 FILING DOCUMENT - COMPLAINT FILED ON 04/24/2017

04/24/2017 Party(s):  MARYANN MYRICK PR
           ATTORNEY - RETAINED ENTERED ON 02/24/2017
           Plaintiff's Attorney: OWEN B PICKUS

           Party(s):  MICHAEL L MYRICK  EST OF
           ATTORNEY - RETAINED ENTERED ON 02/24/2017
           Plaintiff's Attorney: OWEN B PICKUS

04/24/2017 NOTE - OTHER CASE NOTE ENTERED ON 04/24/2017
           REQUEST FOR PANEL CHAIR ISSUED CHIEF JUSTICE COLE

05/01/2017 Party(s):  MARYANN MYRICK PR,MICHAEL L MYRICK  EST OF
           SUPPLEMENTAL FILING - NOTICE OF CLAIM FILED ON 04/28/2017
           Plaintiff's Attorney:  OWEN B PICKUS
           AMENDED NOTICE OF CLAIM FOR PROFESSIONAL NEGLIGENCE

05/10/2017 Party(s):  MID COAST HOSPITAL
           OTHER FILING - ENTRY OF APPEARANCE FILED ON 05/08/2017
           Defendant's Attorney: JAMES MARTEMUCCI

05/10/2017 Party(s):  MID COAST HOSPITAL
           ATTORNEY - RETAINED ENTERED ON 05/08/2017
           Defendant's Attorney: JAMES MARTEMUCCI

05/10/2017 Party(s):  MID COAST HOSPITAL

SUPERIOR COURT
SAGADAHOC, ss.
Docket No BATSC-CV-2017-00016

4/24/20

DOCKET RECORD

MARYANN MYRICK PR - PLAINTIFF
683 BRUNSWICK ROAD
RICHMOND ME 04357
Attorney for: MARYANN MYRICK PR
OWEN B PICKUS - RETAINED
OWEN PICKUS DO ESQ & ASSOCIATES
LAFAYETTE CENTER
2 STORER ST STE 200A
KENNEBUNK ME 04043

Attorney for: MARYANN MYRICK PR
AMBER L TUCKER - RETAINED
THE LAW OFFICE OF AMBER L TUCKER LLC
P.O. BOX 7542
415 CONGRESS STREET STE 206
PORTLAND ME 04112

MICHAEL L MYRICK EST OF - PLAINTIFF
C/O MARYANN MYRICK 683 BRUNSWICK ROAD
RICHMOND ME 04357
Attorney for: MICHAEL L MYRICK EST OF
OWEN B PICKUS - RETAINED
OWEN PICKUS DO ESQ & ASSOCIATES
LAFAYETTE CENTER
2 STORER ST STE 200A
KENNEBUNK ME 04043

Attorney for: MICHAEL L MYRICK EST OF
AMBER L TUCKER - RETAINED
THE LAW OFFICE OF AMBER L TUCKER LLC
P.O. BOX 7542
415 CONGRESS STREET STE 206
PORTLAND ME 04112

TODD MYRICK - PLAINTIFF

Attorney for: TODD MYRICK
AMBER L TUCKER - RETAINED
THE LAW OFFICE OF AMBER L TUCKER LLC
P.O. BOX 7542
415 CONGRESS STREET STE 206
PORTLAND ME 04112

vs
NICOLE NALCHAJIAN - DEFENDANT

Attorney for: NICOLE NALCHAJIAN
CHRISTOPHER TAINTOR - RETAINED
NORMAN HANSON & DETROY LLC
PO BOX 4600
TWO CANAL PLAZA
PORTLAND ME 04112-4600

MID COAST HOSPITAL - DEFENDANT
C/O RONALD SCHNEIDER JR ESQ, PO BOX 9729